JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PASCUAL MARTINEZ, | CASE NO. SA CV 15-0323-DOC (JCGx) |
|      Plaintiff(s), | |
| | **ORDER DISMISSING CIVIL CASE** |
| v | |
| JOHN FOTO, ET AL, | |
|      Defendant(s) | |

The Court having been notified by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **September 30, 20125** to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated:  July 31, 2015